UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**TIMOTHY BERNARD, SR. ET AL**                    **CIVIL DOCKET 6:25-CV-00250**

**VERSUS**                                        **JUDGE DAVID C. JOSEPH**

**LA DEPT OF TRANSPORTATION & DEVELOPMENT ET AL**   **MAGISTRATE JUDGE CAROL B. WHITEHURST**

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, noting the OBJECTIONS TO REPORT AND RECOMMENDATION filed [Doc. 21], this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 20] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, the MOTION FOR MORE DEFINITE STATEMENT, MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS, AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [Doc. 9] filed by Defendants, the State of Louisiana through the Department of Transportation and Development and State of Louisiana through the Department of Health is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, the MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6) OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT

Pursuant to FRCP 12(e) filed by Defendant, Lafayette City-Parish Consolidated Government [Doc. 11] is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims are DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers on the 10th day of June, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE